UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                                      11-cr-0059 (LAK)

SAIKOU DIALLO,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Subsequent to the Court's previous order, it has come to its attention that the Administrative Office has approved appointing counsel for incarcerated indigent prisoners to explore and pursue compassionate release applications. Accordingly, upon receipt from the defendant of a financial affidavit establishing that he is indigent, the Court will appoint CJA counsel for him.

       The Clerk shall mail a copy of this order and a form of financial affidavit to the defendant.

       SO ORDERED.

Dated:      July 30, 2020

                                                      _____
                                                        Lewis A. Kaplan
                                                    United States District Judge