UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                    -against-                                                    11-cr-0059 (LAK)

SAIKOU DIALLO,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant requested appointment of counsel to represent him in exploring and, if appropriate, making a motion for compassionate release. The Court indicated that it would grant such a motion upon receipt of an affidavit establishing financial eligibility for CJA counsel.

        The Court now is in receipt of such an affidavit, which will be filed when convenient. It finds that financial eligibility has been established. Accordingly, CJA counsel on regular duty on September 1, 2020 is hereby appointed to represent the defendant for that purpose.

        The Clerk shall assure that such counsel is informed and any other necessary paperwork completed.

        SO ORDERED.

Dated:          August 31, 2020

                                                                Lewis A. Kaplan
                                                          United States District Judge