UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

-against-

11-cr-0059 (LAK)

SAIKOU DIALLO,

Defendant.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

The government shall respond to the defendant's compassionate release motion no later than June 22, 2021.

SO ORDERED.

Dated: May 22, 2021

_____
Lewis A. Kaplan
United States District Judge